**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH DESCHENEAUX,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and CAPITAL ONE BANK,<br><br>Defendants. | **Case No.: 1:26-cv-12743-JDH** |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

PLEASE TAKE NOTICE that Deborah Descheneaux ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") ONLY have reached a settlement in principle of all claims between them. Plaintiff and Trans Union are in the process of completing the final settlement documents. The appropriate documents to formally dismiss Trans Union from this case are expected to be filed within sixty (60) days. Plaintiff and Trans Union request that all deadlines as it relates to Trans Union be stayed. Plaintiff and Trans Union requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,
Plaintiff,
Deborah Descheneaux
By her attorney,

Dated: 12th day of August, 2026

Respectfully submitted,

*/s/Nicola Yousif*
Nicola S. Yousif, MA No. 679545
Matthew McKenna, MA No. 705644
SHIELD LAW, LLC
157 Belmont Street
Brockton, MA 02301
T: (508) 588-7300
E: nick@shieldlaw.com
matt@shieldlaw.com

*Attorneys for Plaintiff,*
*Deborah Descheneaux*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nicola Yousif*